Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





HBC LAND LIMITED PARTNERSHIP,
A TEXAS LIMITED PARTNERSHIP,
and K. DOUGLAS WRIGHT,


 Appellants,


v.


THE CITY OF EL PASO, TEXAS and
TROPICANA DEVELOPMENT, INC.,


 Appellees. 
§


 


§


 


§


 


§


 


§



§


 §

No. 08-06-00259-CV



Appeal from


 171st District Court


of El Paso County, Texas


(TC # 2006-429)




MEMORANDUM OPINION



 Pending before the Court is an agreed motion to dismiss this appeal with prejudice pursuant
to Tex.R.App.P. 42.1. We grant the motion and dismiss the appeal with prejudice. Pursuant to the
parties' agreement, we assess costs against the party incurring same. See Tex.R.App.P. 42.1(d)
(absent agreement of the parties, the court will tax costs against the appellant).


May 31, 2007 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.